IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FABIAN SANTIAGO, #B79716, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-512-MJR |
| | ) | |
| SGT. CHILDERS, C/O SMITHSON, C/O ANDERSON, C/O STARKEY, C/O BERNARD, LT. DALLAS, LT. SIEPP, UNKNOWN PARTIES, WEISLEY WILES, COUNSELOR McNABB, GRIEVANCE OFFICER THENNY, WARDEN MOTE, SHERRY HILE, and DIRECTOR WALKER | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is plaintiff's motion for an extension of time to identify and serve the unknown "John Doe" defendants. **(Doc. 15).**

A review of the record reveals that service of summons and the complaint has yet to be accomplished on all defendants. In addition, discovery has not closed in this case. Therefore, there is no prejudice in extending the period within which plaintiff may identify the "John Doe" defendants, move to amend the complaint to specify their names, and effect service.

**IT IS HEREBY ORDERED** that, for good cause shown, the subject motion **(Doc. 15)** is **GRANTED**. Plaintiff shall have until **November 16, 2007**, to identify the "John Doe" defendants and file a motion for leave to amend the complaint to specify their names. The time for service will be extended accordingly, keeping in mind that service is the

responsibility of the U.S. Marshal.  No further extensions will be granted.

**IT IS SO ORDERED.**

**DATED: September 7, 2007**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
