IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, #B79716, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SGT. CHILDERS, C/O SMITHSON, C/O )<br>ANDERSON, C/O STARKEY, C/O )<br>BERNARD, LT. DALLAS, LT. SIEPP, )<br>UNKNOWN PARTIES, WEISLEY )<br>WILES, COUNSELOR McNABB, )<br>GRIEVANCE OFFICER THENNY, )<br>WARDEN MOTE, SHERRY HILE, )<br>and DIRECTOR WALKER )<br>)<br>    Defendants. ) | No. 05-512-MJR |

## ORDER

Before the Court is plaintiff's motion to compel the U.S. Attorney's Office and the Randolph County States Attorney to disclose any materials they have related to this case. **(Doc. 43).** Plaintiff asserts that the events at issue– defendant Childers in particular– were investigated by state and federal authorities.

There is no indication that plaintiff has requested any information or documentation from the U.S. Attorney's Office and the Randolph County States Attorney, or other law enforcement sources. **See Fed.R.Civ.P. 45.**

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 43)** is **DENIED AS PREMATURE**.

**IT IS SO ORDERED.**

DATED: September 10, 2007

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1