IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, #B79716,  )   <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> SGT. CHILDERS, C/O SMITHSON, C/O  ) <br> ANDERSON, C/O STARKEY, C/O  ) <br> BERNARD, LT. DALLAS, LT. SIEPP,  ) <br> UNKNOWN PARTIES, WEISLEY  ) <br> WILES, COUNSELOR McNABB,  ) <br> GRIEVANCE OFFICER THENNY,  ) <br> WARDEN MOTE, SHERRY HILE,  ) <br> and DIRECTOR WALKER  ) <br>  ) <br> Defendants.  ) | No. 05-512-MJR |

## ORDER

Before the Court is plaintiff's "Motion Demonstrating Cause for Failure to Prosecute/Issue Service Upon Defendants." **(Doc. 50).**

By order dated September 7, 2007, plaintiff was given until November 16, 2007, to identify the "John Doe" defendants and file a motion for leave to amend the complaint to specify their names. **(Doc. 58).**

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 50)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: September 10, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1