IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, #B79716, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-512-MJR |
| ) | |
| SGT. CHILDERS, C/O SMITHSON, C/O ) | |
| ANDERSON, C/O STARKEY, C/O ) | |
| BERNARD, LT. DALLAS, LT. SIEPP, ) | |
| UNKNOWN PARTIES, WEISLEY ) | |
| WILES, COUNSELOR McNABB, ) | |
| GRIEVANCE OFFICER THENNY, ) | |
| WARDEN MOTE, SHERRY HILE, ) | |
| and DIRECTOR WALKER ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiff's "Motion Demonstrating Cause for Failure to Prosecute/Issue Service Upon Defendant Childers." **(Doc. 56)**.

By separate order plaintiff was given until November 16, 2007, to locate defendant Childers, or Childers would be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 56)** is **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: September 10, 2007

                                    s/ Clifford J. Proud
                                    **CLIFFORD J. PROUD**
                                    **U. S. MAGISTRATE JUDGE**

1