## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FABIAN SANTIAGO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 05-cv-512-MJR-CJP |
| | ) | |
| **SGT. CHILDERS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Plaintiff's letter (Doc. 129) requesting a status report on a motion he filed on October 4, 2007 (Doc. 69). A review of the docket indicates that the October 4 filing was not flagged as a motion, apparently an administrative oversight, thus it never came before the Court for a ruling.

In that motion (Doc. 69), Plaintiff once again seeks reinstatement of certain parties who were dismissed from this action in September 2006 (*see* Doc. 12). For the reasons explained in that order, as well as in the Court's order denying his first motion for reconsideration of that ruling (*see* Docs. 14, 66), the instant motion (Doc. 69) is **DENIED**.

Plaintiff is now **ADVISED** that, should he continue to show disrespect for the court in his pleadings (*see* Docs. 128, 130), he may be subject to sanctions, including possible dismissal of this action with prejudice. *See* FED.R.CIV.P. 11.

**IT IS SO ORDERED.**

**DATED this 16th day of December, 2008.**

                                                **s/ Michael J. Reagan**
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**