IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FABIAN SANTIAGO**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **05-512-MJR-CJP** |
| | ) | |
| **SGT. CHILDERS, et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Santiago's motion to submit documentary evidence (102 pages) into the record. **(Doc. 201).** In essence, plaintiff wants to get a jump on the final pretrial conference and final pretrial order.

Local Rule 26.1(b) generally precludes filing discovery materials and other evidence, except in relation to a motion, or as required by the Court (as is the case relative to the final pretrial order). Furthermore, the disparate entry of documentation intended for use at trial will only serve to confuse the record.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 201)** is **DENIED**.

DATED: December 3, 2009        s/ Clifford J. Proud
                               **CLIFFORD J. PROUD**
                               **U. S. MAGISTRATE JUDGE**

1